CLOSED

***UNITED STATES DISTRICT COURT***
**SOUTHERN DISTRICT OF CALIFORNIA**

**United States of America**

**v.**

**Jesus Enrique Olvera-Higuera**

Citizen of Mexico

USM#: 75062208 DOB: 1988

# JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15438-001M-SD**

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A88 764 486

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/11/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted **FINE:** $ **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Tuesday, March 11, 2008**

_______________________________________ Date 3/11/2008
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:______________________________

Defendant delivered on ____________ to ______________________ at ______________________, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_______________________________ By:_______________________________
United States Marshal Deputy Marshal

08-15438-001M-SD -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 3/11/2008 CASE NUMBER: 08-15438-001M-SD

**PLEA/SENTENCING MINUTES**

USA vs. Jesus Enrique Olvera-Higuera

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK

U.S. Attorney ____________ INTERPRETER REQ'D Marcia Resler

LANGUAGE: Spanish

Attorney for Defendant Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 3/9/08 ☒ Complaint Filed ☒ Appointment of counsel hearing held

☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed

☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA

Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal

☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $________

☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset

Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd

☐ Consent of Defendant ☐ Information filed ____________ ☐ Complaint filed ____________

☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts TWO

☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.

☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint

☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.

☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed

☐ Court does not accept defendant's plea of guilty because ____________

☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence

☐ Continued for sentence to __ before ____________

☒ To be dismissed upon entry of the judgment, Ct(s) ONE

☒ ORDER vacate trial date/motion hearing/mtns moot

☐ ORDER defendant remain released pending sentence ☒ remanded to USM

SENTENCING:

☒ Defendant committed to Bureau of Prisons for a period of NINETY (90) DAYS ☐ Probation/Supervised Release for ____

☒ Special Assessment $ REMITTED ☐ Fine $______ ☐ Restitution $______

Other: ____________

RECORDED: CS

BY: Jocelyn M. Arviso, Deputy Clerk

AO 91 (Rev.5/85) Criminal Complaint

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

3/9

UNITED STATES OF AMERICA
V.
Jesus Enrique OLVERA-Higuera
YOB: 1988
088764486
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15438M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about March 9, 2008, within the Southern District of California, Defendant(s) Jesus Enrique OLVERA-Higuera, knowing or in reckless disregard of the fact that certain alien(s), namely, ORDONEZ-Olvera, Armando; SIERRA-Parra, Ociel Antonio and fifteen others, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

COUNT I

That on or about March 9, 2008, near Calexico, California in the Southern District of California, Defendant Jesus Enrique OLVERA-Higuera, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Cesar Duarte
Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

March 11, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Jesus Enrique OLVERA-Higuera

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** None Found

Narrative: On March 09, 2008 at approximately 1300 hours an Agent assigned to the Imperial Sand Dunes area received a report from a concerned citizen in regards to a group of ten people loading up into a white four door vehicle. The citizen stated that the suspected illegal aliens loaded into a parked vehicle on Interstate 8 on the east bound lane at approximately milepost 73. As the call came over the Service radio Agent Aurelio Alvarez was positioned at Grey's Well road and the Imperial Sand Dunes. This is due east of the location where the citizen had observed the load up.

Approximately five minutes later Agent T. Emblem observed a vehicle that matched the description previously mentioned traveling eastbound on Interstate 8 near Grey's Well exit. He described it as a white Chevy Lumina that was very low in the back and had blacked out windows. Agent Emblem stated that it was traveling eastbound on Interstate 8 passing the bridges near Grey's Well Road and traveling at a low rate of speed. Agent Alvarez responded to the area and caught up to the vehicle near Ogilby Road and I-8. As Agent Alvarez approached the vehicle he could see that it was very low in the back and that the windows appeared to be spray painted black. The vehicle looked run down and had Mexican license plate BAJ7013. The vehicle was traveling at approximately 35 miles per hour in a posted 70 mile per hour speed limit.

Agent Alvarez activated his emergency equipment to investigate the report to confirm if this was indeed the vehicle that the concerned citizen had observed. The vehicle yielded at the Ogilby Road off ramp immediately after Agent Alvarez activated his emergency equipment. Agents Alvarez and Emblem approached the vehicle and could see numerous people piled on top of each other in the inside of the vehicle. Agent Alvarez and Emblem ordered the driver (later identified as OLVERA-Higuera, Jesus) to turn off the vehicle and he complied. Then Agent Alvarez and Emblem asked the driver to open the door as the windows to the vehicle weren't working. OLVERA stepped out and Agent Emblem questioned him as to his immigration status in the United States in which he stated that he was here illegally. Then Agent Alvarez identified himself to the passengers and they stated that they were all from Mexico without any documents to be in the United States legally. OLVERA was placed in a marked Border Patrol Vehicle alone. As the occupants of the vehicle were being taken out one by one, someone in the group stated that there were people locked in the trunk. Agent J. Fisher immediately took the keys to the vehicle and opened the trunk. Four people were found in the trunk and appeared to be sweating profusely as the weather was warm (in the 80's) and it was in the middle of day. A total of seventeen people were taken into custody

including the driver. They were transported to the Yuma Border Patrol Station for processing and further questioning.

At the Yuma Border Patrol Station, Agent Alvarez read OLVERA-Higuera, Jesus his Miranda Rights (I-214) at 3:15 P.M. This advisement was witnessed by Supervisory Border Patrol Agent M. Grande. OLVERA stated that he understood his rights and agreed to answer questions without an attorney present. OLVERA stated that he was born in Mexicali, Baja California, Mexico. He stated that he crossed into the United States near Mexicali by walking through the desert with 16 other people and then loading up into a waiting vehicle. He also stated that he made arrangements to drive the vehicle to Los Angeles for $100.00 per person and that he knew that it was illegal to transport aliens into the United States and claims that this is his first attempt. When questioned about the occupants in the trunk OLVERA stated that he was indeed aware that there were people in the trunk but claims no knowledge of who put them there.

Two of the smuggled aliens (SIERRA-Parra, Ociel Antonio and ORDONEZ-Olvera, Armando) were willing to provide sworn statements. SIERRA stated that he made arrangements in Mexicali to be smuggled into the United States for $2,600 dollars and that he was going to Los Angeles, California to find employment. When asked about his illegal entry SIERRA stated that he entered on March 9, 2008 with a group near Mexicali, Baja California, Mexico and loaded into a waiting vehicle. SIERRA also stated that he had previously agreed to get into the trunk of the Chevy Lumina. He stated that there was no water and that he was scared of the thought of dying in there. When shown a six-pack photo line-up SIERRA positively identified OLVERA-Higuera, Jesus as the driver of the vehicle.

ORDONEZ-Olvera, Armando also gave a sworn statement stating that he made arrangements to enter the United States illegally at the Tijuana, B.C. Mexico airport. He agreed to pay a smuggler $2,700 dollars for his illegal passage into the United States. He stated that he crossed into the United States on March 11, 2008 by walking through the desert with sixteen other people. He stated that after entering the U.S., they were rafted across the All American Canal. They then loaded into a white vehicle. When shown a six-pack photo line-up ORDONEZ identified OLVERA-Higuera, Jesus as the driver of the vehicle.

The Defendant last entered the United States illegally without inspection near Calexico, California on March 9, 2008.

Charges: 8 USC§1324 (Felony)
8 USC 1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 11, 2008

Date

Signature of Judicial Officer

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br><br>(1) Jesus Enrique OLVERA-Higuera<br><br>Citizen of Mexico<br><br>Defendant, | **AFFIDAVIT** 08- 15438M-SD<br><br>FOR DETENTION OF MATERIAL WITNESSES<br><br>ORDONEZ-Olvera, Armando; SIERRA-Parra, Ociel Antonio<br><br>Citizens of Mexico |

**BEFORE** Jay R. Irwin (U.S. Magistrate) — 325 W. 19th Street Yuma, Arizona 85364 (Address of U. S. Magistrate)

**STATE OF ARIZONA** )
: ss.
**CITY AND COUNTY OF YUMA** )

I, Cesar Duarte, being duly sworn depose and state:

(1) That I have signed the complaint in the above entitled case and have investigated it and I am familiar with the facts of the case.

(2) That on or about March 9, 2008, within the Southern District of California, Defendant Jesus Enrique OLVERA-Higuera, knowing or in reckless disregard of the fact that certain alien(s), namely, ORDONEZ-Olvera, Armando; SIERRA-Parra, Ociel Antonio and others, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

(3) That said alien(s) is/are illegally in the United States and that therefore it is wholly impracticable if not impossible to secure his/her/their attendance before the U.S. District Court by subpoena.

(4) That the United States Attorney for the Southern District of California, or one of his assistants acting on his behalf, has requested affiant(s) to secure an order of the Magistrate to hold said person(s) as material witness(s).

WHEREFORE affiant on behalf of the government requests the Magistrate commit him/her/them to the custody of the U.S. Marshal.

Affiant

Senior Patrol Agent
Title

Subscribed and sworn to before me this
11th day of March, 2008.

United States Magistrate